UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD C. LOYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CYPRESS, et al.,<br><br>　　　　　Defendants. | Case No. 8:19-cv-01504-PSG-JC<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 3/16/22

HONORABLE PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE